In the Matter of the Claim for Benefits under Article 18 of the Labor Law Made by FRANK H. TODD, Claimant. THE POST-STANDARD COMPANY, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Appeal from a decision of the Unemployment Insurance Appeal Board which held that claimant was an employee of the appellant, The Post-Standard Company. Claimant was engaged on behalf of appellant to solicit subscriptions to a daily newspaper. No written contract was executed by the parties, but the details of their oral agreement and the method by which the work was carried out were such as to justify the Board's conclusion that claimant was an employee. There is competent evidence in the record to sustain the findings of fact upon which the Board's conclusion was based. Decision unanimously affirmed, with costs to the Industrial Commissioner. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law Made by KENNETH ALFORD, Claimant. THE ALUMINUM COOKING UTENSIL CO., Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Appeal by alleged employer from a decision of the Unemployment Insurance Appeal Board which determined that claimant was an employee of the Aluminum Cooking Utensil Co. and not an independent contractor. The identical question was before the court in *Matter of Levine* v. *Aluminum Cooking Utensil Co., Inc.* (258 App. Div. 1023). This court held that Levine was an independent contractor and the decision was affirmed (*sub nom. Matter of Levine*, 283 N. Y. 577). Determination reversed and claim dismissed, with costs to appellant against the Industrial Commissioner. Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ., concur.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law Made by MARGARET H. FISCHER, Claimant. LILI SAPORTAS, INC., Respondent; FRIEDA S. MILLER, as Industrial Commissioner, Appellant.— The evidence shows that Lillian E. Eckstein was the employer of Margaret H. Fischer and that she was an independent contractor of the employer-respondent. Decision unanimously affirmed, with costs against the Industrial Commissioner, payable to the employer-respondent. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.